United States District Court
Southern District of Texas
**ENTERED**
March 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| PETRA RAMIREZ, § | |
|    Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-14-179 |
| § | |
| ARTURO RENDON, et al., § | |
|    Defendants. § | |

# ORDER

On December 7, 2015, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 49]. Plaintiff has objected [Doc. No. 50] to said Report and Recommendation and has filed an amended brief to the Court [Doc. No. 53]. Defendant Hector Gonzales' filed his response to the Court Order and Plaintiff's Amended Brief [Doc. No. 54] and Defendants Arturo "Art" Rendon, Antonio "Tony" Juarez, and Brownsville Independent School District filed their Brief in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint and Response to Judge's Order [Doc. No. 55].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections and amended brief and Defendants' responses and briefs, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the motions to dismissed filed by Brownsville Independent School District, Arturo Rendon, Antonio Juarez and Hector Gonzales [Doc. Nos. 33, 39] are granted, and Plaintiff's complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted.

Signed this 9th day of March, 2016.

_____
Andrew S. Hanen
United States District Judge